UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LIONEL FRANCIS                                                  CIVIL ACTION

VERSUS

STEPHEN MILLER, ET AL.                                    NO.:14-00578-BAJ-SCR

## RULING AND ORDER

On March 13, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Defendant Burl Cain's Motion to Dismiss (Doc. 10) be granted, dismissing Plaintiff Lionel Francis's ("Plaintiff") claims against him. (Doc. 15). It was further recommended that Plaintiff's claims against Defendant Stephen Miller be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to timely effect service.[1]

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 15 at p. 1). A review of the record indicates that Plaintiff has not filed any objections to date.

---

[1] According to the Process Receipt and Return filed into the record, the Louisiana State Penitentiary did not accept service for Msgt. Stephen Miller as he was no longer employed with the Department of Corrections. (Doc. 7). To date, Plaintiff has not filed a request to have the Department of Corrections file Stephen Miller's last known address into the record under seal, or demonstrate any further attempts to have Defendant Miller served. Accordingly, the United States Marshals Service has not made any additional attempts to serve Defendant Miller.

Having carefully considered the Plaintiff's complaint and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 15)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Defendant Burl Cain's **Motion to Dismiss (Doc. 10)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff **SHOW CAUSE**, in writing, on or before <u>**April 17, 2015**</u>, why his claims against Defendant Stephen Miller should not be dismissed for failure to effect timely service.

Baton Rouge, Louisiana, this 2nd day of April, 2015.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**