UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LIONEL FRANCIS                          CIVIL ACTION

VERSUS

STEPHEN MILLER                      NO: 14-00578-BAJ-EWD

### ORDER

**IT IS ORDERED** that Stephen Miller's Motion for Judgment as a Matter of Law is **DENIED**. A motion for Judgment as a Matter of Law should be granted if "a reasonable jury would not have a legally sufficient evidentiary basis to find for a party on that issue." Fed R. Civ. P. 50(a). But "if reasonable persons could differ in their interpretations of the evidence, then the motion should be denied." *Bryant v. Compass Grp. USA Inc.*, 413 F.3d 471, 475 (5th Cir. 2005). Here, the Court finds that reasonable persons could disagree about whether Lionel Francis has a claim for excessive force under 42 U.S.C. § 1983.

Baton Rouge, Louisiana, this 19th day of September, 2017.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

1